**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Yuleisby Eliana Bello Oropeza, et al., | No. CV-26-01251-PHX-SHD (JFM) |
| Petitioners, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

In this action brought under § 2241, on April 23, 2026, the Court entered a Temporary Restraining Order enjoining the removal of Petitioner Contreras from the United States pending adjudication of his underlying habeas petition challenging the vacatur of his Temporary Protected Status. Petitioner filed a renewed Motion for Temporary Restraining Order seeking to extend the TRO in this matter for an additional 14 days with Respondents' agreement. (Doc. 23.) The Court will grant the motion.

**IT IS THEREFORE ORDERED** Petitioner's Motion for Temporary Restraining Order (Doc. 23) seeking to extend the existing TRO is **granted**.

**IT IS FURTHER ORDERED** that expiration of the Temporary Restraining Order issued April 23, 2026, (Doc. 21), is extended to **Thursday, May 21, 2026**.

Dated this 7th day of May, 2026.

_____
Honorable Sharad H. Desai
United States District Judge